UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
SEP 13 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Samuel Ogunleye

(Enter above the full name of the plaintiff or plaintiffs in this action)

1:18-cv-06249
Judge Jorge L. Alonso
Magistrate Judge Jeffrey T. Gilbert
PC4

vs.

Case No: _NONE YET_
(To be supplied by the Clerk of this Court)

Deputy J. Bedolla (Correctional Officer/R/O) #16144    Deputy Walker #15843 (correctional officer)
Deputy J. Hurtado (Correctional Officer/R/O) #16725    Deputy Prado # 15726 (correctional officer)
Sgt. Crawford
Lt. Blanchard
County of Cook
Thomas Dart (Cook county sheriff)

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

**CHECK ONE ONLY:**

✓     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____     **OTHER** (cite statute, if known)

**BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.**

-1-

I. **Plaintiff(s):**

   A. Name: Samuel Ogunleye
   B. List all aliases: N/A
   C. Prisoner identification number: 20161108079
   D. Place of present confinement: COOK COUNTY DEPARTMENT OF CORRECTIONS
   E. Address: P.O. Box 089002, Chicago, IL 60608

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: J. Bedolla (Deputy) #16144
      Title: Correctional Officer/Deputy
      Place of Employment: Cook County Jail (CCDOC)

   B. Defendant: J. Hurtado (Deputy) #16725
      Title: Correctional Officer/Deputy
      Place of Employment: Cook County Jail (CCDOC)

   C. Defendant: Sgt. Crawford
      Title: Cook County Sheriff
      Place of Employment: Cook County Jail

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Defendant(s) Part 2:

~~[redacted]~~

D. Defendant: Lt. Blanchard
   Title: Cook County Sheriff
   Place of Employment: Cook County Jail

E. Defendant: County of Cook
   Title: Municipalty
   Place of Employment: Illinois

~~[redacted]~~

F. Defendant: Thomas Dart
   Title: Cook Count Sheriff
   Place of Employment: Cook County Jail

G. Defendant: Deputy Walker #15843
   Title: Cook County Sheriff
   Place of Employment: Cook County Jail

H. Defendant: Deputy Prado #15726
   Title: Cook County Sheriff
   Place of Employment: Cook County Jail

-2- CONTINUED

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

   A. Name of case and docket number: N/A

   B. Approximate date of filing lawsuit: N/A

   C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

   D. List all defendants: N/A

   E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): N/A

   F. Name of judge to whom case was assigned: N/A

   G. Basic claim made: N/A

   H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

   I. Approximate date of disposition: N/A

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

3

Revised 9/2007

IV.  **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On January 19, 2017 I was coming back to Division 11 from court, when I got in an altercation that led to me needing medical attention at Cermak Healthcare in the Cook County Jail. Officers ~~[redacted]~~ Hurtado ~~[redacted]~~, and Bedolla escorted me to Cermak in handcuffs with other inmates. On my way to Cermak I got into a verbal argument with another inmate being transfered to Cermak with us. I told officer Hurtado ~~[redacted]~~ that one of the inmates threatened me and that they should watch him. The officers told me not to worry about it. (Officer Hurtado ~~[redacted]~~ to be exact). When we arived at Cermak, the officers (Hurtado & Bedolla) ~~[redacted]~~ took their handcuffs off me to allow the Cermak officers to place their cuffs on me. Once this process was over I turned toward to talk to the inmate in front of me. As I waited for the officers to finish switching handcuffs so we could be taken into the Cermak bullpen, the inmate I warned officer Hurtado ~~[redacted]~~ about broke away from them (them being officers ~~[redacted]~~ Hurtado and Bedolla) and punched me from behind while I was handcuffed. He punched me multiple times braking my jaw in the process and causing me to go unconscious. Once I regained consciousness

4

Revised 9/2007

I realized that I was shackled to a bench and bleeding from the mouth. About an hour later I was taken to Stroger's Hospital via ambulance for x-rays, MRI's, and observation. It was comfirmed that the blows I took from the inmate had broken my jaw. I was released back to the Cook County Jail where I sat for a week before my jaw was raset and wired shut. This experience left me scared for my saftey whenever I am in handcuffs around other inmates. It caused me to loose weight and a tooth, as well as excrutiating pain and pain until this day when I eat. I should be under the protection of C.C.D.O.C as long as I'm an inmate/detainee at Cook County Jail. Thomas Dart and the county of Cook hired these deputies that carelessly allowed another inmate to attack me while I was in handcuffs and fracture my jaw. Sgt. Crawford and Lt. Blanchard arrived and told the other officers to handcuff me to a bench like I was some type of animal, where I sat spitting up blood for an hour before I recieved medical attention. Deputies Prado and Walker sat and let this inmate attack me and merely yelled "Stop!" like that was going to amend the situation.

5                                                           Revised 9/2007

**V. Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I am asking for an injunction to make defendants take more precaution for the safety of me as well as all other inmates and change the way Cook county sheriffs handcuff inmates in the Cermak Healthcare of Cook County Jail. I am also asking for compensatory and punitive damages. In the amount of 250,000 dollars for compensatory damages and 25,000 for punitive damages.

**VI.** The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 30th day of August, 20 18

*Samuel Ogunleye*
(Signature of plaintiff or plaintiffs)

Samuel Ogunleye
(Print name)

20161108079
(I.D. Number)

P.O. Box 089002 Chicago, IL 60608
(Address)

SAMUEL OGUNLEYE
# 20161108079
P.O. Box 089002
CHICAGO IL, 60608



SOUTH SUBURBAN, IL 604
MON 10 SEP 2018    PM


09/13/2018-24

Prisoner Correspondent
United States District Court
219 S. Dearborn St.
Chicago IL, 60604

1:18-cv-06249
Judge Jorge L. Alonso
Magistrate Judge Jeffrey T. Gilbert
PC4